STATE OF MONTANA, Plaintiff, vs. JOHN DOUGLAS BRADFORD, Defendant.

No. 6322B

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Involuntary Manslaughter, imposed on June 9, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Lynch, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, chairman; Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. ROBERT BRECHT, Defendant.

No. 8873

DECISION

The application of the above-named defendant for a review of the sentence of 15 years for Burglary, imposed on April 13, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Gregory Taylor of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. CHARLEY ERNEST CONELL, Defendant.

No. 3750

DECISION

The application of the above-named defendant for a review of the sentence of 10 years with 5 years suspended for Burglary, imposed on July 3, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank George Huss of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.